FILED
09 FEB 23 PM 12: 30
RICHARD ...
CLERK, U.S. ...
NORTHERN ...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF  **CV 09 80 027 MISC**

Victoria Margaret Walter - #187805

_____/

**ORDER TO SHOW CAUSE**

It appearing that Victoria Margaret Walter has been suspended for 90 days by the Supreme Court of California effective December 25, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why she should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Victoria Margaret Walter
Attorney at Law
451 Laurel Avenue
Half Moon Bay, CA 94019-1613