**FILED**

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Victoria Margaret Walter,

    State Bar No 187805

No CV-09-80027 MISC VRW

ORDER

———

On February 23, 2009, the court issued an order to show cause (OSC) why Victoria Margaret Walter should not be removed from the roll of attorneys authorized to practice law before this court based on her 90 day suspension by the Supreme Court of California, effective December 25, 2008. The OSC was mailed to Ms Walter's address of record with the State Bar. Ms Walter filed no response.

The California State Bar web site indicates that Ms Walter is now on active status as of March 25, 2009, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Victoria Margaret Walter,

   Plaintiff,

_____/

Case Number: CV09-80027 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victoria Margaret Walter
451 Laurel Avenue
Half Moon Bay, CA 94019-1613

Dated: April 8, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*